May Term,
1827.

MAGUIRE
v.
NOWLAND.

## MAGUIRE v. NOWLAND.

The act of 1827, giving the Supreme Court jurisdiction in certain cases decided by
the Circuit Court on appeal from the judgment of a justice of the peace, is prospec-
tive only, and does not apply to cases determined by a justice before the taking ef-
fect of the act.

Friday,
May 18.

ERROR to the *Marion* Circuit Court.

BLACKFORD, J.—This judgment of the Circuit Court, was in
a case from a Justice's Court. Previously to the late act of the
legislature, approved the 22d of *January*, 1827, this Court had
no jurisdiction of such cases. That act makes some altera-
tions in the mode of proceeding before justices of the peace;
and, where the judgment of the Circuit Court is in a case
where the judgment of the justice exceeds 20 dollars, the act
gives this Court jurisdiction of the cause. We are of opinion,
however, that this act of the legislature is prospective only,
and was not intended to embrace any cases, except where the
rendition of the justice's judgment is subsequent to the taking
effect of the statute. The judgment of the justice, in the case
before us, was rendered long before the taking effect of the act
above referred to (1).

*Per Curiam.*—The cause is dismissed for want of jurisdic-
tion.

*Sweetser* and *Wick*, for the plaintiff.

*Fletcher*, for the defendant.

. (1) The law on the subject is now as follows:—"Writs of error issuing from, and
appeals made to the Supreme Court, shall extend to all judgments and decrees, given
by any of the inferior Courts of record, except such judgments as have been or may
be rendered by any of the inferior Courts, confirming or reversing the judgment of any
justice of the peace, where the amount in controversy, inclusive of interest and costs,
is under the sum of twenty dollars: Provided, that in all cases where judgment is
rendered, affirming or reversing the judgment of any justice of the peace, on an appeal
to any inferior tribunal, where the amount in controversy, inclusive of interest and
costs, is under 50 dollars, if a supersedeas shall be refused, the Supreme Court shall
have no jurisdiction." R. C. 1831, p. 149.